2023 JAN 10 PM 3: 34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jesus Manuel Mendoza

Write the full name of each plaintiff.

_____CV_______________
(Include case number if one has been assigned)

-against-

26 FedeRAL PlazA
iMmigration

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☐ Yes ☑ No

RECEIVED
SDNY PRO SE OFFICE
2023 JAN 10 PM 3: 36

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.


## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

__________________________________________________________

__________________________________________________________

__________________________________________________________

__________________________________________________________

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Jesus Manuel Mendoza, is a citizen of the State of
(Plaintiff's name)

BROOKLYN N.Y.
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, 26 FederAL PlaZA immigration, is a citizen of the State of
(Defendant's name)

______________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If the defendant is a corporation:

The defendant, 26 Federal PlaZA immigration, is incorporated under the laws of

the State of MAHattAN N.Y.

and has its principal place of business in the State of N.Y.

or is incorporated under the laws of (foreign state) N.Y.

and has its principal place of business in 26 FederAL PlaZA.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Jesus ~~Mend~~ Manuel Mendoza
First Name Middle Initial Last Name

2402 Atlantic avenue
Street Address

Brooklyn N.Y. 11233
County, City State Zip Code

3478356252 JJMe81@aol.com
Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: NAtiVidAd Simet
First Name Last Name

not Employee
Current Job Title (or other identifying information)

in DominiCan RePubliC
Current Work Address (or other address where defendant may be served)

Monte Plata YAmaSA
County, City State Zip Code

Defendant 2: ISAbel Simet
First Name Last Name

Home Attendace
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

Brooklyn N.Y. [crossed out]
County, City State Zip Code

Defendant 3:
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 5305 6 Ave Brooklyn N.Y. 11220 Apt 4E

Date(s) of occurrence: November 2017

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

My mother real name is Natividad she came with the name of Enida that not her real name she came in 1979 with her grandmother and two ouncle like if she was the daughter and the sister. Isabel whent to take out her ~~allied~~ ~~residence~~ ~~resideys~~ allien residence like she could not take it out she take my mother information Natividad sinet and she whent again to imigration and she ~~[illegible]~~ take out her finger print and imigration make a mistake an ~~[illegible]~~ have her a allien residence and that is a crime

my mother have 40 year reciving dissability and 30 year reciving SSI and dissability she is a ~~ill~~ iligal person she got sick and she in a medical condition she taking medication ~~for~~ For metal Health she need to be seen to dominican republic also Isabel need to be send to dominican republic also she comit the crime to use my mother indentification.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

~~th~~ they calle me to put my mother in a Apartment but my mother do not bellong in this country her real name is natividA. she gave me poison Food and I almost Lost my Life they save my Life. and I have a big pain ERNIA ~~[illegible]~~ I have a big pain.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I have a damaje of $18,500.00 dollar plus a have 5 year with out working I have to stay in a ~~s~~ men shelter that why I am puttin the deman of $1,000,000.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

1/10/2023
Dated

[signature]
Plaintiff's Signature

Jesus | Manuel | MendozA
First Name | Middle Initial | Last Name

2402 AtLAntic Avenue
Street Address

BRooKLyN | N.Y. | 11233
County, City | State | Zip Code

347-835 6252
Telephone Number

JJme81@aol.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Case 1:23-cv-00285-LTS Document 2 Filed 01/10/23 Page 8 of 18

Google juaquin balaguer when he won for president dominica Sign in

All News Images Videos Maps More Tools

About 66,700 results (0.44 seconds)

Showing results for ***joaquin*** balaguer when he won for president dominican republic
Search instead for juaquin balaguer when he won for president dominican republic

Joaquín Antonio Balaguer Ricardo (1 September 1906 – 14 July 2002) was a Dominican politician, scholar, writer, and lawyer. He was President of the Dominican Republic serving three non-consecutive terms for that office from 1960 to 1962, 1966 to 1978, and **1986 to 1996**.

https://en.wikipedia.org › wiki › Joaquín_Balaguer

Joaquín Balaguer - Wikipedia

About featured snippets • Feedback

https://www.britannica.com › Joaquin-Balaguer

Joaquín Balaguer | president of Dominican Republic | Britannica

Balaguer returned to the Dominican Republic during the U.S. military ... Balaguer again won the presidency in **1994** amid charges of electoral fraud.

Died: July 14, 2002 (aged 94) Santo Domingo ... Form Of Government: multiparty republic wi...
Head Of State And Government: President: L... Title / Office: vice president (1957-1960), D...

https://www.britannica.com › ... › Cities & Towns C-G

Dominican Republic - Bosch, Balaguer, and their successors

The winner of the U.S.-organized **1966** elections was Joaquín Balaguer, a former Trujillo puppet who presented himself as a moderate conservative and a symbol ...

People also ask

Who ruled the Dominican Republic after Trujillo?

Who was the president of the Dominican Republic before Trujillo?

What is the title of the leader of the Dominican Republic?

During what years did the dictatorship take place in the Dominican Republic?

Feedback

http://countrystudies.us › dominican-republic

Dominican Republic - Joaquín Balaguer, 1966-78

Balaguer thus won handily, garnering 57 percent of the vote in balloting held **July 1, 1966**. His Reformist Party (Partido Reformista--PR) also captured ...

https://www.encyclopedia.com › humanities › balaguer-...

Balaguer, Joaquín (1907–2002) | Encyclopedia.com

After an interlude of presidents belonging to the Dominican Revolutionary Party (PRD) from 1978 to **1986**, Balaguer was elected president in 1986 and reelected in ...

https://www.encyclopedia.com › people › history › joa...

Joaquin Balaguer y Ricardo - Encyclopedia.com

May 14, 2018 — An author and politician, Joaquin Balaguer (born 1907) served seven nonconsecutive terms as president of the Dominican Republic **between 1960** ...

Google juaquin balaguer parent was from puerto rico

Sign in

All Images News Videos Books More Tools

About 616,000 results (0.56 seconds)

Showing results for ***joaquin*** balaguer parent was from puerto rico
Search instead for juaquin balaguer parent was from puerto rico

Joaquin Balaguer Ricardo was born in the small town of Villa Bisono, the only son of eight children. **His father was born in Puerto Rico of Castilian descent. His mother was a Dominican of Spanish blood.** Jul 15, 2002

https://www.washingtonpost.com › local › 2002/07/15 › j...
Joaquin Balaguer Dies at 95 - The Washington Post

About featured snippets • Feedback

https://en.wikipedia.org › wiki › Joaquín_Balaguer
Joaquín Balaguer - Wikipedia
His father was **Joaquín Jesús Balaguer Lespier**, a Puerto Rican native of Catalan and French ancestry, and his mother was Carmen Celia Ricardo Heureaux, daughter ...

https://www.thefamouspeople.com › profiles › joaquin-...
Joaquin Balaguer Biography - Facts, Childhood, Family Life ...
He was born as Joaquin Antonio Balaguer Ricardo in Santiago Province of the Dominican Republic to **Joaquin Balaguer Lespier and Carmen Celia Ricardo**. He was the ...

https://ancestors.familysearch.org › LV82-BP4 › joaquí...
Joaquín Jesús Balaguer Lespier (1872–1956) • FamilySearch
When Joaquín Jesús Balaguer Lespier was born on 27 February 1872, in Puerto Rico, his father, Jose Antonio Balaguer, was 25 and his mother, **Isabel Lespier**, ...

https://www.ancestry.com › search › categories › name...
All Family Trees results for Joaquín Balaguer Lespier - Ancestry
Results 1 - 20 of 272691 — **Joaquin Balaguer** Lespier from tree FIOL BRUNO Family Tree (Private) ... Birth, 7 Dec 1903 Ponce, Ponce, **Puerto Rico**, USA ...

https://www.ancestry.com › search › collections › name...
Joaquín Balaguer Lespier - Ancestry.com
Results 1 - 20 of 243483 — All Public Member Trees results for Joaquín Balaguer Lespier ; 15 Apr 1930 **Arecibo**, Arecibo, Puerto Rico, USA · 12 Nov 1907 Puerto Rico, ...

https://www.latimes.com › archives › la-xpm-2002-jul-15...
Joaquin Balaguer, 95; Dominican President Served Seven ...
Jul 15, 2002 — Balaguer was born Sept. 1, 1906, in the northern Dominican town of Navarette. His **father was a merchant who had emigrated from Puerto Rico**.

https://prabook.com › web › joaquin.balaguer
Joaquin Balaguer (September 1, 1907 - Prabook
**Balaguer** was born on September 1, 1907, in Navarrete, a farming town in the Dominican Republic, the only boy in a family that included six sisters. His **father**, ...

https://www.geni.com › people › Joaquín-Balaguer-Presid...
Joaquín Balaguer, Presidente de la República Dominicana
May 24, 2018 — His father was **Joaquín Balaguer Lespier**, a Puerto Rican of Catalan ancestry, and his mother was Carmen Celia Ricardo, daughter of Manuel de ...

Google raphy pina

Sign in

All News Images Videos Shopping More Tools

About 707,000 results (0.56 seconds)

## Raphy Pina

Singer

Overview Songs Listen Videos

Raphy Pina Prison Senten...

Instagram

@raphypina

esta es pa' vacilar y ser un tipo comu...

Billboard

Daddy Yankee Manager Raphy Pina Sentenced to 3 Years in ...

May 24, 2022

Partner: Natti Natasha

Spouse: Carolina Aristizabal (m. 2011–2019)

https://www.billboard.com › Business › Legal News

### Daddy Yankee Manager Raphy Pina Sentenced to 3 Years in ...

May 24, 2022 — A Puerto Rico federal judge on Tuesday (May 24) sentenced **Raphy Pina** — Daddy Yankee and Natti Natasha's manager — to 41 months (3 years and ...

Nationality: Puerto Rico

### People also ask

What happened with Raphy Pina?

Is Raphy Pina locked up?

What happened to Natti Natasha?

Who is Raphy Pina baby Momma?

Feedback

https://www.justice.gov › ... › News

### Rafael "Raphy" Pina Sentenced to 41 Months in Prison

May 24, 2022 — Besosa sentenced Rafael "**Raphy**" **Pina**-Nieves to a term of 41months in prison, 3 years of supervised release, 200 hours of community service and a ...

https://www.instagram.com › raphypi... · Translate this page

### Raphypina (@raphypina) • Instagram photos and videos

2.9m Followers, 1782 Following, 3185 Posts - See Instagram photos and videos from **Raphypina (@raphypina)**

### Videos ›

1:03 Daddy Yankee Manager Raphy Pina Commissioned a ...

Yahoo · Pina Records

Jun 24, 2022

32:53 Raphy Pina desmiente a Don Omar con pruebas - The ...

YouTube · Pina Records

Oct 17, 2022

### Listen

YouTube Spotify Pandora Apple Music

### About

Pina is the **founder and CEO of reggaeton music label Pina Records.** Pina is the manager of his fiancee and the mother of his child, Dominican artist Natti Natasha, as well as Puerto Rican rapper and reggaeton singer Daddy Yankee. raphypina. Puerto Rico. May 24, 2022

https://wegotthiscovered.com › music › who-is-raphy-pin...

Who Is Raphy Pina And Why Is He Going To Prison?

**Born:** 1978 (age 44 years), Puerto Rico

**Spouse:** Carolina Aristizabal (m. 2011–2019)

**Partner:** Natti Natasha

Claim this knowledge panel

Feedback

### Profiles

Instagram Twitter

### People also search for

Natti Natasha · Becky G · Yailin la Mas Viral Trending · Flow La Movie

See more →

Google romeo santo Sign in

All Videos Images News Shopping More Tools

About 13,800,000 results (0.46 seconds)

## Romeo Santos

American singer-songwriter

Overview Songs Videos Listen

5:10

YouTube • RomeoSantosVEVO

Romeo Santos - Bebo (Official Video)

Romeo Santos - Bebo (Official Video)Music: Apple Music: https://RomeoSantos.lnk.to/Formula3/a.

Sep 9, 2022

Height: 6′ 1″

Age: 41 years old (July 21, 1981)

YouTube

Romeo Santos - Solo Conmigo (Audio) - YouTube

Sep 2, 2022

### Songs

Ella y Yo
God's Project · 2005

Enseñame a Olvidar
We Broke the Rules · 2002

Propuesta Indecente
Formula, Vol. 2 · 2014

Bella y Sensual
Golden · 2017

Imitadora
Golden · 2017

Eres Mía
Formula, Vol. 2 · 2014

La Mejor Versión De Mí
La Mejor Versión De Mi (Remix) · ...

You
Formula, Vol. 1 · 2011

View 20+ more

https://en.wikipedia.org › wiki › Romeo_Santos

### Romeo Santos - Wikipedia

Anthony "**Romeo**" **Santos** (born July 21, 1981) is an American singer, songwriter, record producer and actor who is best known as the frontman and lead vocalist ...

Years active: 1994–present
Born: July 21, 1981 (age 41); New York City...
Occupation(s): Singer; songwriter; record prod...

Romeo Santos discography · Golden (Romeo Santos album) · List of awards and...

### Videos

3:46 Romeo Santos - Ayúdame (Audio)
YouTube · RomeoSantosVEVO
Sep 1, 2022

5:10 Romeo Santos - Bebo (Official Video)
YouTube · RomeoSantosVEVO
Sep 9, 2022

4:27 Romeo Santos - Sus Huellas (Official Video)
YouTube · RomeoSantosVEVO
Feb 14, 2022

### Listen

YouTube · Spotify · Apple Music · YouTube Music

### About

Anthony "Romeo" Santos is an American singer, songwriter, record producer and actor who is best known as the frontman and lead vocalist of the bachata group Aventura. In 2002, the song "Obsesión" reached number one in Italy for 16 consecutive weeks. He released several albums with Aventura before the group broke up. Wikipedia

**Born:** July 21, 1981 (age 41 years), The Bronx, New York, NY

**Height:** 6′ 1″

**Nationality:** American, Dominican

**Children:** Alex Damian Santos, Valentino Santos, Solano Santos

**Record labels:** Sony Music Latin, Sony Music Entertainment, RCA Records, Jive Records

**Full name:** Anthony Santos

Claim this knowledge panel

Feedback

### Profiles

Instagram · TikTok · YouTube · Twitter

### People also search for

Google daddy yankee

All Videos Images News Shopping More Tools

About 28,500,000 results (0.52 seconds)

# Daddy Yankee

Puerto Rican rapper

Overview Songs Events Videos Albums Listen

Daddy Yankee.com

Daddy Yankee.com – La última vuelta world tour

Global music icon, Daddy Yankee is known as the "King of Reggaeton" by music critics and fans alike. He is often cited as an influence by other Latin urban ...

YouTube • Daddy Yankee

Mar 25, 2022 4:15

Age

45 years old (February 3, 1977)

Spouse

Mireddys González (m. 1995)

## Songs >

Gasolina
Onda Latina Summer 2010 · 2010

Con Calma
Con Calma & Mis Grandes Exitos ...

Yo Voy
Motivando a la Yal · 2004

BOMBÓN
Legendaddy · 2022

Limbo
Prestige · 2012

Rompe
Barrio Fino en Directo · 2005

Dura
Bum Bum Tam Tam Latino Party · ...

Somos de Calle
Talento de Barrio · 2008

View 20+ more →

https://daddyyankee.com

## Daddy Yankee.com – La última vuelta world tour

Global music icon, **Daddy Yankee** is known as the "King of Reggaeton" by music critics and fans alike. He is often cited as an influence by other Latin urban ...

## People also ask

How did Daddy Yankee get shot?

Why is Daddy Yankee retiring?

Is Daddy Yankee going to retire?

Is Daddy Yankee part of the cartel?

Feedback

## Listen

YouTube Spotify iHeart Apple Music

## About

daddyyankee.com

Ramón Luis Ayala Rodríguez, known professionally as Daddy Yankee, is a Puerto Rican rapper, singer, composer, and actor. Wikipedia

**Born:** February 3, 1977 (age 45 years), San Juan, Puerto Rico

**Spouse:** Mireddys González (m. 1995)

**Children:** Yamilet Ayala González, Jesaeelys Ayala González, Jeremy Ayala González

**Full name:** Ramón Luis Ayala Rodriguez

**Height:** 5′ 7″

**Siblings:** Nomar Ayala, Melvin Ayala

Feedback

## Profiles

YouTube Instagram Twitter SoundCl...

Case 1:23-cv-00235-LTS Document 2 Filed 01/10/23 Page 13 of 18

Google julio voitio

Sign in

All · Videos · Images · News · Shopping · More · Tools

About 595,000 results (0.44 seconds)

Showing results for julio ***voltio***
Search instead for julio voitio

## Julio Voltio

Puerto Rican musical artist

Overview · Songs · Albums · Movies · Listen

Latino Life

Reggaeton Legend: Julio Voltio | Latinolife

Born in Santurce, Puerto Rico, Julio Ramos (Julio Voltio), became of the most well-known reggaeton artists of the mid-2000s, Voltio worked his way up the ranks ...

Full name: Julio Irving Ramos Filomeno

Spouse: Marie Hernández

Rate Your M...

Voltio Albums - Rate Your Music

https://en.wikipedia.org › wiki › Julio_Voltio

### Julio Voltio - Wikipedia

**Julio Voltio** is a Puerto Rican former reggaeton artist. A pioneer of the reggaeton genre, Voltio retired from music in 2014 and dedicated himself to ...

Also known as: El Chamaco  Years active: 1994–2014

Music career · Discography · Singles · Guest appearances

### Songs >

Julito Maraña
Voltage AC · 2004

Chulin Culin Chunfly
Voltio · 2005

Voltio
Voltage AC · 2004

Quítate Tu Pa' Ponerme Yo
12 Discípulos · 2004

Let's Go To My Crib
Reggaeton Rulers Volume 1 · 2006

los Disicipulos
12 Discípulos · 2004

Traime a Tu Amiga
El Talento Del Bloque · 2010

El mellao'
En lo Claro · 2007

View 20+ more →

### Albums >

En lo Claro
2007

Voltage AC
2004

Voltio
2005

Los Dueños del Estilo
2003

Electrotribe
2013

### Movies >

### Listen >

Spotify · Apple Music · YouTube · YouTube Music

### About

Julio Voltio is a Puerto Rican former reggaeton artist. A pioneer of the reggaeton genre, Voltio retired from music in 2014 and dedicated himself to preaching Christianity. His nickname came to be as the result of an accident. Before joining Karel, he worked as an electrician. Wikipedia

**Born:** 1977 (age 45 years), Santurce, San Juan, Puerto Rico

**Spouse:** Marie Hernández

**Full name:** Julio Irving Ramos Filomeno

**Parents:** Julio Ramos Rolón, Olga Filomeno Pérez

Claim this knowledge panel  Feedback

### Profiles

YouTube

### People also search for

NYC HEALTH+ HOSPITALS | Bellevue
BELLEVUE HOSPITAL CENTER
462 1st Ave
New York NY 10016

Patient:Mendoza, Jesus
MRN: 1630254, DOB: 3/21/1981, Sex: M
Acct #: 202388809
Admit: 10/4/2020, Discharge: 10/4/2020

**10/04/2020 - ED in Bellevue ED ADULT (continued)**

**ED Provider Note (continued)**

Filed: 10/04/20 0316
Editor: Michelle Bayefsky, MD (Resident)

Date of Service: 10/04/20 0241

Status: Attested
Cosigner: Ryan McCormack, MD at 10/07/20 2056

**Attestation signed by Ryan McCormack, MD at 10/07/20 2056**

Review/Sign-off - resident's documentation: I have personally seen, evaluated and participated in this patient's care and find this patient's history and physical examination are consistent with the resident's documentation.

Note Initiated: 10/04/2020 at 2:41 AM
Encounter Date: 10/4/2020

Chief Complaint:

**Chief Complaint**
Patient presents with
- hernia pain

History of Present Illness:

Mr. Mendoza is 39M with hx schizoaffective disorder and unspecified open abdominal surgery in 2017 c/b incisional hernia presenting with desire for follow up to treat his incisional hernia.

Pt denies abdominal pain, nausea, vomiting, diarrhea. Endorses mild constipation and is passing flatus. He desires closure of his hernia and had some extra time before shelter opens so decided to come to the ED to sort out the hernia. He has had the hernia since his abdominal surgery in 2017, which he says was for abdominal pain and he was close to death.

History:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • History of 2019 novel coronavirus disease (COVID-19) | 5/23/2020 |
| • Personal history of medical treatment | |
| • Psychotic disorder (HCC) | |
| • Schizoaffective disorder (HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • COLON SURGERY | | |

**Family History**
Family history unknown: Yes

**Social History**

Tobacco Use
- Smoking status: Former Smoker
- Smokeless tobacco: Former User

Substance Use Topics
- Alcohol use: No
- Drug use: No

Printed on 1/6/23 3:21 PM

Page 5

LOOM