UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS MANUEL MENDOZA,<br><br>                    Plaintiff,<br><br>     -against-<br><br>26 FEDERAL PLAZA IMMIGRATION,<br><br>                    Defendants. | 23-CV-235 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 6, 2023
         New York, New York

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge